UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOECEPHUS MELTON
AND DEBRA MELTON

CIVIL ACTION

VERSUS

NO. 17-473-JWD-EWD

ROOSEVELT TONEY, II, ET AL.

**OPINION**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report dated December 5, 2017, to which an objection was filed;

**IT IS ORDERED** that the Motion to Remand, (Doc. 18) be GRANTED and that this matter be remanded to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Signed in Baton Rouge, Louisiana, on Dec. 21, 2017.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

19th JDC Certified Number 7004 1160 0003 2648 3931